UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
LEONZO JOAQUIN CONSTANZA
ALVARADO,

                Plaintiff,                      **ORDER**

                - against-                  13 CV 1672 (RJD) (JO)

FIVE TOWN CAR WASH, INC., et al.,

                Defendants.
----------------------------------------------------------- x

DEARIE, District Judge.

      In his October 11, 2013 Report and Recommendation, (ECF No. 21), Magistrate Judge James Orenstein recommends that the Court deny the letter motion of plaintiff Leonzo Joaquin Constanza Alvarado to enforce an oral settlement agreement he entered with defendants Five Town Car Wash, Inc. and William Brown. (ECF No. 20). Although plaintiff did not file the required certification proving service of the Report and Recommendation on defendants by certified mail, all parties have since acknowledged receipt of the Report and Recommendation and concede that the time to file objections to the Report and Recommendation has expired. (See H'rg Mins., Jan. 7, 2014, ECF No. 22). Having considered the papers submitted in connection with plaintiff's motion and the comprehensive analysis of Judge Orenstein, there being no objection to the same, the Court hereby adopts the Report and Recommendation without qualification. Accordingly, plaintiff's letter motion is denied.

SO ORDERED.

Dated: Brooklyn, New York
         January 21, 2014

/s/ Judge Raymond J. Dearie
_____
RAYMOND J. DEARIE
United States District Judge