ALVARADO -v- FIVE TOWNS CAR WASH INC.
CV 13-1672 (RJD)

## COURT EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | DATE |
|---|---|---|
| 1 | Jury Note | 9/25/14 |
| 2 | Charge | 9/25/14 |
| 3 | Verdict Form | 9/25/14 |
| 4 | Jury Note | 9/25/14 |
| 5 | Jury Note | 9/25/14 |

***Exhibits 1, 4 and 5 attached to Exhibit List.
**Exhibits 2 and 3 docketed separately.**