**COURT EXHIBIT**
CV 13-1672
3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LEONZO JOAQUIN
CONSTANZA ALVARADO,

                Plaintiff,                            13 CV 1672 (RJD) (JO)

       - against -

FIVE TOWNS CAR WASH INC., and
WILLIAM BROWN

                Defendants.
------------------------------------------------------------ x

1.     On plaintiff's minimum wage claim under the Fair Labor Standards Act against defendant Five Towns Car Wash Inc., we find in favor of:

         Plaintiff  __✓__               Defendant  _____

2.     On plaintiff's minimum wage claim under the Fair Labor Standards Act against defendant William Brown, we find in favor of:

         Plaintiff  __✓__               Defendant  _____

3.     On plaintiff's minimum wage claim under the New York Labor Law against defendant Five Towns Car Wash Inc., we find in favor of:

         Plaintiff  __✓__               Defendant  _____

4.     On plaintiff's minimum wage claim under the New York Labor Law against defendant William Brown, we find in favor of:

         Plaintiff  __✓__               Defendant  _____

5.   If you find in favor of plaintiff on any of his minimum wage claims, answer the following question:

> Do you find that defendants have proven by a preponderance of the evidence that they had a good faith basis to believe that the underpayment of minimum wages to plaintiff was in compliance with the law?
>
> Yes ____   No __✓__

6.   If you find in favor of the plaintiff on any of his minimum wage claims, state the amount awarded to Plaintiff for wages owed:

$ __1,900.00__

7. On plaintiff's overtime claim under the Fair Labor Standards Act against defendant Five Towns Car Wash Inc., we find in favor of:

Plaintiff ____✓____          Defendant _____

8. On plaintiff's overtime claim under the Fair Labor Standards Act against defendant William Brown, we find in favor of:

Plaintiff ____✓____          Defendant _____

9. On plaintiff's overtime claim under the New York Labor Law against defendant Five Towns Car Wash Inc., we find in favor of:

Plaintiff ____✓____          Defendant _____

10. On plaintiff's overtime claim under the New York Labor Law against defendant William Brown, we find in favor of:

Plaintiff ____✓____          Defendant _____

11. If you find in favor of plaintiff on any of his overtime claims, answer the following question:

Do you find that defendants have proven by a preponderance of the evidence that they had a good faith basis to believe that the underpayment of overtime wages to plaintiff was in compliance with the law?

Yes _____   No __✓__

12. If you find in favor of the plaintiff on any of his overtime claims under the Fair Labor Standards Act or the New York Labor Law, state the amount awarded to Plaintiff for overtime pay:

$ __476.25__

**This verdict form should be signed and dated by the foreperson, and given to the Marshal.**

_____Jessica Jones_____ #4
FOREPERSON

_____09-25-2014_____
DATE

4